**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| RUBEN BARROSO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 13-CV-391-GKF-PJC |
| | ) |
| UNITED PARCEL SERVICE, INC. (OHIO), | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

This action came before the Court on defendant's Motion to Dismiss Under Rule 12(b)(5) [Dkt. # 8] and the following decision was reached in the Court's Opinion of June 5, 2014:

It is ordered that the plaintiff Ruben Barroso recover nothing from defendant United States Parcel Service, Inc. (Ohio) and the action be dismissed without prejudice.

ENTERED this 5th day of June, 2014.

_____
GREGORY K. FRIZZELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT